986 A.2d 45

Robert C. WILLIAMS, Petitioner

v.

GEICO GOVERNMENT EMPLOYEES INSURANCE
COMPANY, Respondent.

Geico Government Employees Insurance Company, Respondent

v.

Robert C. Williams, Petitioner.

Supreme Court of Pennsylvania.

Nov. 18, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of November, 2009, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Whether, under the MVFRL and our decision in *Burstein v. Prudential Property & Cas. Ins. Co.,* 570 Pa. 177, 809 A.2d 204 (2002), the "regular-use" exclusion to underinsured motorist coverage in an automobile insurance policy is valid where the insured is a police officer, who has sustained bodily injury in the course of performing his duties while driving a police vehicle, for which vehicle he could not have obtained underinsured motorist coverage.